UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) )     3:09-md-02100-DRH<br><br>    MDL No. 2100 |

**This Document Relates To:**

   *Jacqueline Deitrich v. Bayer Corporation, et al.*    No. 3:10-cv-12028-DRH

   *Tavasha Johnson v. Bayer Corporation, et al.*    No. 3:10-cv-12035-DRH

   *Nancy Mejia v. Bayer Corporation, et al.*    No. 3:10-cv-12034-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on November 21, 2013, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                   NANCY J. ROSENSTENGEL,
                                   CLERK OF COURT


                                   BY:    /s/*Sara Jennings*
                                   **Deputy Clerk**

Dated: November 26, 2013

Digitally signed by David R. Herndon
Date: 2013.11.26 08:35:34 -06'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT